**No. 66006.**—J. M. Sutton Sons & Co. and Reliance Merchandise Co., Inc. *v.* United States, protests 61/3363(B) and 60/28724 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of wall plaques similar in all material respects to those the subject of *Ross Products, Inc.* v. *United States* (43 Cust. Ct. 74, C.D. 2106), the claim of the plaintiffs was sustained.